**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00376-BNB

MICHAEL Y. BIRMAN,

    Plaintiff,

v.

D. BERKEBILE, Warden,
MR. CORDOVA, Health Service Supervisor, and
ADX PHARMACIST "LT" COMMANDER MRS. KIANG,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion to amend (ECF No. 7) to reflect the correct spelling of Defendant Cordova's last name is GRANTED.

Dated:  April 1, 2014