IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00376-BNB

MICHAEL Y. BIRMAN,

    Plaintiff,

v.

D. BERKEBILE, Warden,
MR. CORDOVA, Health Service Supervisor, and
ADX PHARMACIST "LT" COMMANDER MRS. KIANG,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED April 3, 2014, at Denver, Colorado.

                    BY THE COURT:

                    s/ Boyd N. Boland
                    United States Magistrate Judge